UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-CR-20471-UNGARO

UNITED STATES OF AMERICA,

-vs-

SUYIMA TORRES,

      Defendant.
_____/

## ORDER GRANTING PARTIES' JOINT MOTION TO AMEND SCRIVENER'S ERRORS IN INFORMATION

This Cause came before the Court upon the parties' Joint Motion to Amend Scrivener's Errors in the Information (D.E. No. 19).

The Court has reviewed the motion, the statutory authorities cited therein, and is otherwise fully advised in the premises. It is hereby

ORDERED that the Information shall be amended, as described in the foregoing paragraphs, pursuant to Fed. R. Crim. P. 7(e). The Court notes that the proposed amendments do not result in the charging of an "additional or different offense," and do not prejudice a "substantial right of the Defendant." *See* Fed. R. Crim. P. 7(e).

The Information on Pages 5-6, Paragraph 19, shall be amended to read as follows: "As a result of the submission of these claims, SUYIMA TORRES, together with D.H. and L.H., filed and caused to be filed approximately $551,343 in false and fraudulent Medicare claims through Tri-County Medical, resulting in Medicare payments of approximately $72,393."

Further, the Forfeiture Section of the Information, at Paragraph 2, shall be amended to read as follows: "Such forfeiture shall include, but not be limited to, a money judgment in the amount of $72,393."

DONE and ORDERED in Chambers is Miami, Florida this ___7___ day of October 2008.

_____
THE HONORABLE URSULA UNGARO
UNITED STATES DISTRICT JUDGE